836

No. 81–2304. UNITED STATES STEEL CORP. *v.* GAUDIANO ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–2308. CAPPS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 81–2311. KERSEY ET AL. *v.* SHIPLEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–2312. MISSOURI PACIFIC RAILROAD CO. *v.* UNITED STATES STEEL CORP. C. A. 8th Cir. Certiorari denied.

No. 81–2314. TAYLOR *v.* KENTUCKY EX REL. MAY. Sup. Ct. Ky. Certiorari denied.

No. 81–2315. DEL RE *v.* PRUDENTIAL LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 81–2317. RANGER FUEL CORP. *v.* YOUGHIOGHENY & OHIO COAL CO. C. A. 4th Cir. Certiorari denied.

No. 81–2320. DAZZO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–2321. WAIDE *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–2323. W. H. MOSELEY CO., INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–2325. ATLANTA GAS LIGHT CO. *v.* UNITED STATES DEPARTMENT OF ENERGY ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–2327. DEBATTISTA *v.* ARGONAUT-SOUTHWEST INSURANCE CO. ET AL. Ct. App. La., 4th Cir. Certiorari denied.